In the Matter of Proceedings Supplementary to Execution under a Judgment

in Favor of ELMORE MILLING CO., INC., Judgment Creditor, Respondent, against ELI BURGHER, Judgment Debtor, Appellant.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the physical condition of the judgment debtor was such that he could not appear in response to the order, and the examination was had at the judge's suggestion at the judgment debtor's house, and the judgment creditor has suffered no injury. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.